**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

KARINA PEREZ RUIZ,
JACKLYNN TRUJILLO,
DESTINEE TRUJILLO,
JOSE L. GALLEGOS,
VALERIA MARTINEZ, and
KARLA MARTINEZ

    Plaintiffs,

v.     No. _____

WALTER APODACA and
UNITED STATES POSTAL SERVICE

    Defendants.

## COMPLAINT FOR PERSONAL INJURY

Plaintiffs, Karina Perez Ruiz, Jacklynn Trujillo, Destinee Trujillo, Jose L. Gallegos, Valeria Martinez, and Karla Martinez (hereinafter "Plaintiffs"), by and through their counsel, The Law Offices of Cameron & Russell, LLC (Bill Russell, Esq.), and for their Complaint for Personal Injury state and allege as follows:

### PARTIES AND JURISDICTION

1. Plaintiff Karina Perez Ruiz is a resident of the City of Albuquerque, Bernalillo County, State of New Mexico.

2. Plaintiff Jacklynn Trujillo is a resident of the City of Albuquerque, Bernalillo County, State of New Mexico.

3. Plaintiff Destinee Trujillo is a resident of the City of Albuquerque, Bernalillo County, State of New Mexico.

4. Plaintiff Jose L. Gallegos is a resident of the City of Albuquerque, Bernalillo County, State of New Mexico.

5. Plaintiff Valeria Martinez is a resident of the City of Albuquerque, Bernalillo County, State of New Mexico.

6. Plaintiff Karla Martinez is a resident of the City of Albuquerque, Bernalillo County, State of New Mexico.

7. Defendant Walter Apodaca (hereinafter "Defendant Apodaca") is a resident of the City of Albuquerque, Bernalillo County, State of New Mexico.

8. Defendant United States of America through the United States Postal Service (hereinafter "USPS") operates an office located at 1135 Broadway Blvd NE, Albuquerque, New Mexico 87101.

9. This is a civil cause of action concerning a motor vehicle collision which occurred in the City of Albuquerque, Bernalillo County, State of New Mexico.

10. This Court is the proper venue for this matter to be heard, this Court has personal jurisdiction over all parties involved, and this Court has subject matter jurisdiction regarding the motor vehicle collision which forms the basis of Plaintiffs' Complaint.

**FACTUAL ALLEGATIONS COMMON TO ALL COUNTS**

11. On September 27, 2020, Plaintiffs' vehicle (hereinafter Perez Ruiz' vehicle) was traveling eastbound on Bridge Blvd SW approaching the intersection in the City of Albuquerque, State of New Mexico. All Plaintiffs were traveling inside the vehicle driven by Plaintiff Karina Perez Ruiz.

12. On the date above in Paragraph 11, at the same time, Defendant Apodaca was traveling northbound attempting to cross the intersection at Paulette Rd SW and Bridge Blvd SW failing to keep a proper lookout Defendant broadsided Plaintiff's vehicle.

13. Defendant Apodaca failed to abide by the rules of the road requiring him to check for oncoming traffic. Defendant Apodaca additionally failed to avoid colliding with Plaintiff's vehicle. These negligent actions resulted in his vehicle colliding with Plaintiff's vehicle.

14. Due to Defendant Apodaca's actions and failures to act, Plaintiffs sustained injuries and damages.

### COUNT I – NEGLIGENCE
(DEFENDANT APODACA)

15. The allegations of the preceding and succeeding Paragraphs are incorporated herein by this reference.

16. At all times relevant, Defendant Apodaca had a duty of ordinary care in the operation of his vehicle he was driving and for the safety of the Plaintiffs.

17. Defendant Apodaca failed to exercise ordinary care in the operation of his vehicle and for the safety of Plaintiffs and thus was negligent.

18. As a direct and proximate result of the negligence of Defendant Apodaca's, Plaintiffs have suffered damages in the form of personal injury; pain and suffering; permanent injury; loss of enjoyment of activities; hedonic damages, or loss of the value of life itself; reasonable expenses for necessary medical care received in the past and reasonably certain to be received in the future; property damage; nonmedical expenses required as a result of the injury and reasonably certain to be required in the future; and damages in an amount to be determined by the Court at trial.

### COUNT II – GOVERNMENTAL LIABILITY
(DEFENDANT USPS)

19. The allegations of the preceding and succeeding paragraphs are incorporated herein by this reference.

20. As owner of Defendant Apodaca's USPS vehicle, Defendant had duties of care to keep government vehicles safe and suitable for its intended use and free of defects or dangerous conditions of which Defendant knew or should have known would expose others to an unreasonable risk of harm; and to carry on its activities and operations for the public's safety.

21. Defendant breached its duty keep reasonably safe vehicles by failing to operate and maintain the USPS truck in a reasonably safe manner; by not properly instructing its employees how the risks of the vehicle, knowing or should have known that employees would not realize or be able to identify the risk.

22. Defendant knew, or reasonably should have known, that injuries such as those suffered by Plaintiff, were foreseeable and in fact likely, consequences of its careless and negligent conduct.

23. Defendant's breaches of its duties in failing to remedy the design of its vehicles and the properly instruct its employees was the actual and proximate cause of Plaintiffs' injuries.

24. As the direct and proximate result of Defendant's conduct, Plaintiffs have suffered damages for which they are entitled to recover.

## PRAYER

Plaintiffs pray for judgment against Defendants in an amount adequate to compensate Plaintiffs for the losses which have been suffered, for the costs of this action, for pre-judgment and post-judgment interest, and for all other relief which is just and proper.

Respectfully submitted,

**The Law Offices of Cameron & Russell**

*/s/ Bill Russell*_____
Bill Russell
500 Marquette Ave. NW, Ste. 1200
Albuquerque, NM 87102

Telephone: (505) 218-7844
Facsimile: (505) 672-5128
*bill@crlawnm.com*

*Attorney for Plaintiff*

5