IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ,
JACKLYNN TRUJILLO,
DESTINEE TRUJILLO,
JOSE L. GALLEGOS,
VALERIA MARTINEZ, and
KARLA MARTINEZ,

      Plaintiffs,

v.                                                                        No. 1:23-cv-00110-JFR-KRS

WALTER APODACA, and
UNITED STATES POSTAL SERVICE,

      Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

      THIS MATTER comes before the Court on Defendants' Unopposed Motion for Extension of Time to Respond to Complaint (Motion), Doc. 7. The Court, having reviewed the record and noting Plaintiffs' consent to the Motion, finds the Motion well-taken and grants the Motion.

      IT IS THEREFORE ORDERED that Defendants shall file an answer or otherwise respond to Plaintiffs' Complaint, Doc. 1, on or before July 14, 2023.

      IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

2

APPROVED/SUBMITTED BY:

*/s/ Maria S. Dudley 5/12/23*
MARIA S. DUDLEY
SAMANTHA E. KELLY
Assistant United States Attorneys
*Attorneys for Defendants*


APPROVED:

*William Russell approved 5/12/23*
WILLIAM (BILL) RUSSELL
The Law Offices of Cameron & Russell
*Attorney for Plaintiffs*