IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ,
JACKLYNN TRUJILLO,
DESTINEE TRUJILLO,
JOSE L. GALLEGOS,
VALERIA MARTINEZ, and
KARLA MARTINEZ,

       Plaintiffs,

v.                                               No. 1:23-cv-00110-JFR-KRS

WALTER APODACA, and
UNITED STATES POSTAL SERVICE,

       Defendants.

**ORDER GRANTING UNOPPOSED SECOND MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS MATTER comes before the Court on Defendants' Unopposed Second Motion for Extension of Time to Respond to Complaint (Motion), Doc. 9.   The Court, having reviewed the record and noting Plaintiffs' consent to the Motion, finds the Motion well-taken and grants the Motion.

IT IS THEREFORE ORDERED that Defendants shall file an answer or otherwise respond to Plaintiffs' Complaint on or before August 4, 2023.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
United States Magistrate Judge

APPROVED/SUBMITTED BY:

*/s/ Samantha E. Kelly 7/12/23*
SAMANTHA E. KELLY
MARIA S. DUDLEY
Assistant United States Attorneys
*Attorneys for Defendants*


APPROVED:

*approved via electronic mail 7/13/23*
WILLIAM (BILL) RUSSELL
The Law Offices of Cameron & Russell
*Attorney for Plaintiffs*