# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ,
JACKLYNN TRUJILLO,
DESTINEE TRUJILLO,
VALERIA MARTINEZ, and
KARLA MARTINEZ

      Plaintiffs,

v.                                  No: 1:23-CV-00110-JFR-KRS

United States of America,

      Defendants.

## STIPULATED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion For Leave To File Plaintiffs' First Amended Complaint, all parties being in agreement, and this Court being otherwise fully advised in the premises; FINDS the Motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff has leave to file her First Amended Complaint. Plaintiff shall file the First Amended Complaint **by August 2, 2023.**

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED:

THE LAW OFFICES OF CAMERON & RUSSELL

*/s/ Bill Russell*
Bill Russell
6311 Montano Rd. NW
Albuquerque, NM 87120
Telephone: (505) 218-7844
Facsimile: (505) 672-5128
Bill@crlawnm.com

*Attorneys for Plaintiff*

APPROVED AS TO FORM:

ALEXANDER M.M. UBALLEZ
UNITED STATES ATTORNEY


MARIA S. DUDLEY
SAMANTHA E. KELLY
ASSISTANT UNITED STATES ATTORNEYS
P.O. BOX 607
ALBUQUERQUE, NM 87103
(505) 346-7274
MARIA.DUDLEY@USDOJ.GOV
SAMANTHA.KELLY@USDOJ.GOV

*Attorneys for Defendant USA*