IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ, et al.,

    Plaintiffs,

v.   No. 1:23-cv-110 MV/KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING MOTION TO EXTEND DISCOVERY DEADLINES

THIS MATTER is before the Court on Defendant's Motion to Extend Close of Discovery, (Doc. 37), filed January 29, 2024. Defendant asks to extend "the close of discovery and the deadlines that follow." At the January 30, 2024 status conference, the Court was informed that Plaintiffs do not oppose the relief requested in the Motion. Accordingly, the Court GRANTS the Motion to Extend Close of Discovery, (Doc. 37), and the parties' deadlines are extended as follows:

1. Termination of Discovery: **March 14, 2024**;
2. Motions relating to Discovery: **April 5, 2024**; and
3. All other motions:[1]  **April 15, 2024**.

    **IT IS SO ORDERED**.

                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions *in limine*. The Court will set a motions *in limine* deadline in a separate order.