IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ, et al.,

    Plaintiffs,

v.                                                                                                                    No. 1:23-cv-110 MV/KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER FOR EXPEDITED BRIEFING

THIS MATTER is before the Court on Plaintiffs' Emergency Motion for Protective Order and to Quash Notices of Deposition, (Doc. 46), filed March 20, 2024. Plaintiffs ask the Court to enter a protective order limiting Plaintiff's obligation to respond to Defendant's discovery and requests for depositions, quash Defendant's notices of deposition, and stay discovery in this case until Plaintiffs' Motion to Enforce Settlement, (Doc. 41), is ruled on. (Doc. 46). Plaintiffs further request a deadline to respond to Defendant's discovery requests to be set for thirty days after the Motion to Enforce Settlement is ruled on. *Id.* While Plaintiffs do not attach a copy of the deposition notices or state when they are noticed for, considering the discovery deadline of May 13, 2024 the Court orders expedited briefing as follows:

1.     Defendant's response to Plaintiffs' Emergency Motion for Protective Order and to Quash Notices of Deposition, (Doc. 46), is due by **March 26, 2024**; and

2.     Plaintiffs' reply is due by **March 28, 2024**.

 

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE