IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ, et al.,

    Plaintiffs,

v.                                                             No. 1:23-cv-110 MV/KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO FILE SURRPELY

THIS MATTER is before the Court on Defendant's Unopposed Motion for Leave to File Surreply to Plaintiffs' Reply in Support of Motion to Enforce Settlement, (Doc. 56), filed April 12, 2024. Having considered the Motion and record of the case, and having discussed the Motion with the parties at the April 16, 2024 status conference, the Court grants Defendant's Unopposed Motion for Leave to File Surreply, (Doc. 56). Defendant may file a surreply **by May 31, 2024**.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE