IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ, et al.,

    Plaintiffs,

v.                                              No. 1:23-cv-110 MV/KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER SETTING DEADLINE

THIS MATTER is before the Court on Plaintiffs' Notice, (Doc. 60), filed May 3, 2024, in which Plaintiffs' counsel states he has submitted all relevant materials pertaining to the settlement of the minor Plaintiffs' claims to Guardian ad Litem, Raynard Struck. Plaintiffs' counsel further states he is preparing a motion to appoint Mr. Struck and will submit Mr. Struck's report upon receipt. The Court hereby sets a deadline of **June 14, 2024** for Plaintiffs to either: (1) file a motion to appoint Mr. Struck as Guardian ad Litem and a motion to approve the settlement of the minor Plaintiffs' claims; or (2) show cause why additional time is required.

    IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE