IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ, et al.,

    Plaintiffs,

v.                                                                               No. 1:23-cv-110 MV/KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER SETTING DEADLINE FOR GUARDIAN AD LITEM REPORT AND SETTING TELEPHONIC FAIRNESS HEARING

THIS MATTER is before the Court on Plaintiffs' Motion for Approval of the Proposed Settlement, (Doc. 64), filed June 14, 2024. The presiding judge referred the Motion to the undersigned to conduct hearings and provide a recommended disposition of the Motion. (Doc. 65). By separate Order, the Court appointed Raynard Struck as Guardian ad Litem. (Doc. 66).

IT IS THEREFORE ORDERED that Mr. Struck shall file his report regarding the settlement of the minor Plaintiffs' claims **by August 14, 2024.**

IT IS FURTHER ORDERED that a telephonic Fairness Hearing is set for **August 28, 2024 at 10:30 a.m.** The parties shall call **(888) 398-2342** and enter code **8193818** to join the proceedings. Counsel for both parties and Plaintiff Karina Perez Ruiz, mother of the minor Plaintiffs, are required to attend. The Guardian ad Litem is not required to attend the Fairness Hearing.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE