# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ, et al.,

    Plaintiffs,

v.                                            No. 1:23-cv-110 MV/KRS

UNITED STATES OF AMERICA,

    Defendant.

## **ORDER RESETTING TELEPHONIC FAIRNESS HEARING**

The Telephonic Fairness Hearing is hereby RESET for **September 24, 2024 at 9:00 a.m.** The parties shall call **(888) 398-2342** and enter code **8193818** to join the proceedings. Counsel for both parties and Plaintiff Karina Perez Ruiz, mother of the minor Plaintiffs, are required to attend. The Guardian ad Litem is not required to attend the Fairness Hearing.

IT IS SO ORDERED.

                                                         */s/ Kevin Sweazea*
                                                         KEVIN R. SWEAZEA
                                                         UNITED STATES MAGISTRATE JUDGE