IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ, et al.,

    Plaintiffs,

v.                                          No. 1:23-cv-110 MV/KRS

UNITED STATES OF AMERICA,

    Defendant.

**SECOND ORDER RESETTING TELEPHONIC FAIRNESS HEARING**

    The Telephonic Fairness Hearing is hereby RESET for **September 19, 2024 at 9:30 a.m.** The parties shall call **(888) 398-2342** and enter code **8193818** to join the proceedings. Counsel for both parties and Plaintiff Karina Perez Ruiz, mother of the minor Plaintiffs, are required to attend. The Guardian ad Litem is not required to attend the Fairness Hearing.

    IT IS SO ORDERED.

                                                      */s/ Kevin Sweazea*
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE