IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ, et al.,

    Plaintiffs,

v.                                                           No. 1:23-cv-110 MV/KRS

UNITED STATES OF AMERICA,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended ("PFRD"), (Doc. 79), finding that the settlement reached in this case is fair and in the best interests of the minor Plaintiffs. The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the record, the Court concurs with the Magistrate Judge's findings and recommendations.

IT IS THEREFORE ORDERED THAT the Magistrate Judge's Proposed Findings and Recommended Disposition, (Doc. 79), is ADOPTED and:

1. The settlement, as outlined in the Guardian ad Litem's Report, (Doc. 74), is approved as being fair, reasonable, and in the best interest of the minor Plaintiffs;

2. The funds shall be distributed as outlined in the Guardian ad Litem Report, (Doc. 74);

3. The Guardian ad Litem is discharged of his duties;

4. Plaintiff's Motion to Enforce Settlement, (Doc. 41), is DENIED as moot; and

5. Closing documents shall be filed within thirty (30) days of the entry of this Order.

                                                                       _____
                                                                       MARTHA VÁZQUEZ
                                                                       Senior United States District Judge