IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KARINA PEREZ RUIZ,
JACKLYNN TRUJILLO,
DESTINEE TRUJILLO,
VALERIA MARTINEZ, and
KARLA MARTINEZ,

      Plaintiffs,

v.                      No. 1:23-cv-00110 MV-KRS

UNITED STATES OF AMERICA,

      Defendant.

**ORDER ON DEFENDANT UNITED STATES'
UNOPPOSED MOTION TO EXTEND CLOSING DOCUMENTS**

Upon consideration of Defendant's Motion to Extend Closing Documents (Doc. 82), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that the deadline for the United States' closing documents will be extended to November 25, 2024.

IT IS SO ORDERED this 28th day of October, 2024.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE